# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2017

### NO. 03-17-00476-CV

**Shakeel Mustafa, Appellant**

**v.**

**Pakiza Asim, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the contempt order signed by the trial court on April 17, 2017. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.